McCARTER & ENGLISH, LLP
Lanny S. Kurzweil, Esq.
Natalie S. Watson, Esq.
Ryan A. Richman, Esq.
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
(973) 639-2044 (direct dial)
*Attorneys for Defendants E. I. du Pont de Nemours and Company, The Chemours Company, and The Chemours Company FC, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLY BOND and RICHARD BOND, individually, and as parents and natural guardians of CHRISTINA BOND,<br><br>Plaintiffs,<br><br>v.<br><br>SOLVAY SPECIALTY POLYMERS, USA, LLC; SOLVAY SOLEXIS, INC.; ARKEMA, INC.; E. I. DU PONT DE NEMOURS & COMPANY; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; THE 3M COMPANY; and JOHN DOE ENTITIES #1-10,<br><br>Defendants. | Civil Action No. 1:20-cv-08487-NLH-KMW<br>Hon. Noel L. Hillman, U.S.D.J.<br><br>**Motion Date: August 2, 2021**<br><br>*Oral Argument Requested* |
| THERESA SLUSSER and WILLIAM SLUSSER, individually, and as parents and natural guardians of ALEXANDER SLUSSER,<br><br>Plaintiffs,<br><br>v.<br><br>SOLVAY SPECIALTY POLYMERS, USA, LLC; SOLVAY SOLEXIS, INC.; ARKEMA, INC.; E. I. DU PONT DE NEMOURS & COMPANY; THE CHEMOURS | Civil Action No. 1:20-cv-11393-NLH-KMW<br>Hon. Noel L. Hillman, U.S.D.J.<br><br>**Motion Date: August 2, 2021**<br><br>*Oral Argument Requested* |

ME1 36894179v.2

| | |
|---|---|
| COMPANY; THE CHEMOURS COMPANY FC, LLC; THE 3M COMPANY; and JOHN DOE ENTITIES #1-10,<br><br>        Defendants. | |
| TAMMY O'LEARY and CORBY DEESE,<br><br>        Plaintiffs,<br><br>        v.<br><br>SOLVAY SPECIALTY POLYMERS, USA, LLC; SOLVAY SOLEXIS, INC.; ARKEMA, INC.; E. I. DU PONT DE NEMOURS & COMPANY; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; THE 3M COMPANY; and JOHN DOE ENTITIES #1-10,<br><br>        Defendants. | Civil Action No. 1:21-cv-00217-NLH-KMW<br>Hon. Noel L. Hillman, U.S.D.J.<br><br>**Motion Date: August 2, 2021**<br><br>*Oral Argument Requested* |
| CARLY CORRAR and SHIRLEY BOND,<br><br>        Plaintiffs,<br><br>        v.<br><br>SOLVAY SPECIALTY POLYMERS, USA, LLC; SOLVAY SOLEXIS, INC.; ARKEMA, INC.; E. I. DU PONT DE NEMOURS & COMPANY; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; THE 3M COMPANY; and JOHN DOE ENTITIES #1-10,<br><br>        Defendants. | Civil Action No. 1:21-cv-00452-NLH-KMW<br>Hon. Noel L. Hillman, U.S.D.J.<br><br>**Motion Date: August 2, 2021**<br><br>*Oral Argument Requested* |
| SHIRLEY BOND,<br><br>        Plaintiff,<br><br>        v.<br><br>SOLVAY SPECIALTY POLYMERS, USA, LLC; SOLVAY SOLEXIS, INC.; ARKEMA, INC.; E. I. DU PONT DE NEMOURS & COMPANY; THE CHEMOURS | Civil Action No. 1:21-cv-11203-NLH-KMW<br>Hon. Noel L. Hillman, U.S.D.J.<br><br>**Motion Date: August 2, 2021**<br><br>*Oral Argument Requested* |

| |
|---|
| COMPANY; THE CHEMOURS COMPANY FC, LLC; THE 3M COMPANY; and JOHN DOE ENTITIES #1-10,<br><br>    Defendants. |

### NOTICE OF DEFENDANTS E. I. du PONT de NEMOURS AND COMPANY, THE CHEMOURS COMPANY, AND THE CHEMOURS COMPANY FC, LLC'S <u>MOTION TO DISMISS PLAINTIFFS' COMPLAINTS</u>

TO: THE CLERK OF COURT AND ALL COUNSEL OF RECORD

  **PLEASE TAKE NOTICE** that on August 2, 2021, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants E. I. du Pont de Nemours and Company, The Chemours Company, and The Chemours Company FC, LLC (collectively, "Defendants") shall move before the Honorable Noel L. Hillman, U.S.D.J., at the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey, for the entry of an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing Plaintiffs' Complaints in the above-captioned actions.

  **PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Defendants will rely upon the Memorandum of Law and the Declaration of Lanny S. Kurzweil and accompanying exhibits submitted herewith, as well as any submissions offered in reply.

  **PLEASE TAKE FURTHER NOTICE** that a proposed form of Order granting the motion is also submitted herewith.

  **PLEASE TAKE FURTHER NOTICE** that oral argument is respectfully requested.

Dated: July 7, 2021

                                  Respectfully submitted,

                                  **McCARTER & ENGLISH, LLP**

                                  *Attorneys for Defendants E. I. du Pont de Nemours and Company, The Chemours Company, and The Chemours Company FC, LLC*

                By:    */s/Lanny S. Kurzweil, Esq.*
                                  Lanny S. Kurzweil, Esq.
                                  Natalie S. Watson, Esq.
                                  Ryan A. Richman, Esq.
                                  *Members of the Firm*